UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20985-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**IVAN GONZALEZ-RAMIREZ**,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses the Indictment without prejudice as to defendant Ivan Gonzalez-Ramirez due to his death.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

cc:    U.S. Attorney (Robert Moore, AUSA)
        U.S. Marshal
        Chief Probation Officer
        Pretrial Services

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: July 6, 2020

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**